Case 2:15-cv-03392-GW-AGR Document 43 Filed 06/15/16 Page 1 of 2 Page ID #:176

S. YOUNG LIM (SBN 126679)
SHELLEY A. SAGARA (SBN 213745)
**PARK & LIM**
3530 Wilshire Boulevard, Suite 1300
Lo Angeles, California 90010
Telephone: (213) 386-5595
Facsimile: (213) 384-7110

Attorneys for Plaintiff
Hana Financial, Inc., a California corporation

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA FINANCIAL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STUART'S LLC, a New York limited liability company; STUART EDELMAN, an individual; WAYNE D. GALVIN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO. CV 15-3392-GW(AGRx)**<br><br>**JUDGMENT**<br><br>Date: June 13, 2016<br>Time: 8:30 a.m.<br>Courtroom: 10<br><br>Honorable George H. Wu |

　　　　Defendants Stuart's LLC, a New York limited liability company, and Stuart Edelman, an individual, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 22, 2015, and Defendant Wayne D. Galvin, an individual, having failed to appear on May 17, 2016, having his Answer to the Complaint being stricken on May 17, 2016, and default having been entered on May 17, 2016, and counsel for Plaintiff Hana Financial, Inc. having requested judgment against the defaulted defendants and having filed a proper motion and

**[PROPOSED] JUDGMENT** 　　　1

declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff Hana Financial, Inc. and against Defendants Stuart's LLC, a New York limited liability company, Stuart Edelman, an individual, Wayne D. Galvin, an individual, jointly and severally, as follows:

> The total sum of $560,787.24.24 which consists of $546,262.00 in principal and $14,525.24 in attorney's fees as provided by Rule 55-3 of the Federal Rules of Civil Procedure.

Dated: June 15, 2016              _____
                                  GEORGE H. WU, U.S. District Judge